No. 82–6352. GASQUE v. UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–6362. LONDON v. REES. C. A. 9th Cir. Certiorari denied.

No. 82–6380. MARTIN v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 82–6382. BAILEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6398. DARR v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 82–6400. HARRIS v. QUINLAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 82–6402. BAILEY v. OLIVER ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–6406. ERBY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–6407. MINNEMAN v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 82–6410. CHOTE v. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 82–6415. JOHNSON v. TEXAS. Ct. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 82–6417. ADAMS v. EMPLOYMENT DEVELOPMENT DEPARTMENT, UNEMPLOYMENT INSURANCE APPEALS BOARD, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.